SUMMONS ISSUED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 2 2 2011 ★

**BROOKLYN OFFICE**

|  |  |
|---|---|
| CTA DIGITAL INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAKAR INTERNATIONAL, INC. | ) |
| And JOHN DOES 2-30 | ) |
| | ) |
| Defendants. | ) |

COMPLAINT

CV 11 - 5729

BLOCK, J.

AZRACK, M.J.

## COMPLAINT

Plaintiff, CTA DIGITAL INC., a New York corporation ("CTA" or "Plaintiff") hereby sues Defendants SAKAR INTERNATIONAL, INC. ("Sakar" or "Defendant") and John Does 2-30 (Sakar and John Does 2-30 jointly and severally known as "Defendants") and alleges as follows:

## THE PARTIES

1.      Plaintiff, CTA is a corporation having a principal place of business at 49 South Second Street, Brooklyn, New York 11211.

2.      Upon information and belief, Defendant, Sakar is a corporation having a principal place of business at 195 Carter Drive, Edison, New Jersey 08817.

3.      Upon information and belief, Sakar is engaged in the business of manufacturing and selling consumer electronics and conducts business throughout the United States, the State of New York, and the County of New York and through the

1

internet at www.sakar.com (Exhibit 1 of the Complaint).

4.     Upon information and belief, Defendants JOHN DOES 2-30 are individuals, corporations, associations, or other entities that, upon information and belief, caused, participated in, or are otherwise liable for, the infringement of CTA's patent and copyright complained of herein, including but not limited to manufacturers, distributors, retail sellers, property owners, and/or individuals and entities that own and control these entities. CTA expects to amend the complaint to allege these JOHN DOES 2-30 and their capacities.

## JURISDICTION AND VENUE

5.     This action is a civil action arising under the patent and copyright laws of the United States.

6.     The jurisdiction of this Court arises under 28 U.S.C.§§ 1331 (federal question) and §§1338(a) and (b) (patent and copyright action).

7.     This Court has personal jurisdiction over Defendants because Defendants have established minimum contacts with the forum. Upon information and belief, Sakar manufactures (directly or indirectly through third party manufacturers) and/or assembles products that are and have been used, offered for sale, sold and purchased in New York which violates Plaintiff's patent and copyright rights. Sakar, directly or through its distribution network, places its products within the stream of commerce, which stream is directed at this district, with the knowledge and/or understanding that such products which violate Plaintiff's patent and copyright rights will be sold in the State of New York. In addition, Defendants regularly do or solicit business or engages in other

2

persistent course of conduct or derive substantial revenue from goods used or consumer

or services rendered in the State of New York that violate Plaintiff's patent and copyright

rights or reasonably expect or should have expected the act of violating Plaintiff's patent

and copyright rights to have consequences in New York, and Defendants have derived

substantial revenue from interstate commerce.

 8. Venue is proper in this district under 28 U.S.C. §§ 1391 (b), (c), and/or

(d) and 28 U.S.C. §§ 1400(a) and/or (b), for the reasons, *inter alia*, that Defendants do

business in this district and have committed acts of infringement in this district.

 9. On information and belief, Defendants' activities constitute purposeful

activities in New York in relation to the cause of action alleged.

### UNITED STATES PATENT NO. 8,042,811

 10. On or about October 11, 2011, U.S. Patent No. 8,042,811 entitled

INFLATABLE VEHICLES FOR SIMULATING DRIVING FOR USE WITH VIDEO

GAMES ("the '811 Patent") was duly and legally issued in the name of inventors, Lipa

Markowitz and Tang Chun Kit. At the time of issuance, the '811 Patent was assigned to

Plaintiff.

 11. Plaintiff is the owner of the entire right, title, and interest in and to the

'811 Patent by virtue of its assignment from the above-referenced inventors.

 12. Plaintiff has the right to sue and recover for any and all infringements of

the '811 Patent.

3

## UNITED STATES COPYRIGHT REGISTRATION TX 7,288,366

13.     Plaintiff is the owner of U.S. Copyright Registration TX 7,288,366

issued with an effective date of registration of July 21, 2010 by the United States

Copyright Office for the work titled "sell sheet" (hereinafter "the Copyrighted Work").

The Copyrighted Work contains material wholly original to Plaintiff and constitutes

copyrightable subject matter according to the laws of the United States. A true copy of

the above-referenced Certificate of Registration, with a copy of the deposit material, is

attached hereto as Exhibit 2 (hereinafter "Copyright Registration").

14.     Plaintiff has the right to sue and recover for any and all infringements of

the above-referenced copyright registration.

## DEFENDANTS' ACT OF INFRINGEMENT

15.     Upon information and belief, Defendants began in or on about 2011 to sell

and continue to sell inflatable cars that infringe the '811 Patent throughout the United

States and in this jurisdiction (hereinafter "Infringing Product"). Attached hereto as

Exhibit 3 is an example of Defendants' Infringing Product.

16.     Upon information and belief, Defendants began in or on about 2011 to sell

the Infringing Product in packaging that contains infringing copies of the Copyrighted

Work or portions of the Copyrighted Work throughout the United States and in this

jurisdiction (hereinafter, the "Infringing Product Packaging"). Attached hereto as Exhibit

4 is a photograph of the Infringing Product Packaging and as Exhibit 5 the above-

referenced Copyrighted Work that is on the Infringing Product Packaging.

17.     On or about November 2, 2011, Plaintiff, by its attorneys, sent a letter to

4

Defendants, *inter alia*, informing Defendants of Plaintiff's rights with respect to the '811 Patent and Copyrighted Work and Registration and demanding that Defendants terminate their infringing activities.

18.     On or about November 14, Plaintiff, by its attorneys, sent another letter to Sakar regarding the above-referenced letter and providing Defendants an opportunity to address this matter.

19.     Despite due notice to Defendants of Plaintiff's rights, upon information and belief, Defendants continue to infringe the rights of Plaintiff, and such infringement is willful.

## FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 8,042,811

20.     Plaintiff repeats and realleges each allegation contained in paragraphs 1 through 22 of this Complaint, as if again set forth at length.

21.     Upon information and belief, Defendants have been making, using, and/or selling without license or authority from Plaintiff, in this district and elsewhere in the United States, products that embody the invention claimed in the '811 Patent and is now infringing the '811 Patent under 35 U.S.C. 271(a).

22.     Upon information and belief, Defendants have been manufacturing, offering for sale and selling goods that embody the invention claimed in the '811 Patent.

23.     Upon information and belief, Defendants have and will continue to induce others, including but not limited to customers, to infringe the '811 Patent.

24.     Plaintiff provided notice of its patent rights as set forth in the '811 Patent in full compliance with the provisions of 35 U.S.C. 287(a). Upon information and belief,

Defendants will continue to infringe and induce infringement of the '811 Patent unless enjoined by this court.

25.     Plaintiff has been damaged by the acts of infringement of the '811 Patent committed by Defendants and will continue to be damaged by that infringement, unless the infringement by Defendants is enjoined by this court.

26.     Upon information and belief, Defendants has had actual knowledge of the specification and issued claims of the '811 Patent, and its continuing infringement of the '811 Patent is willful and deliberate.

## SECOND CLAIM FOR RELIEF

## INFRINGEMENT OF COPYRIGHT REGISTRATION NO. 7,288,366

27.     Plaintiff repeats and realleges each allegation contained in paragraphs 1 through 29 of this Complaint, as if again set forth at length.

28.     The Copyrighted Work contains material wholly original to Plaintiff and constitutes copyrightable subject matter according to the laws of the United States.

29.     Upon information and belief, since on or about a date unknown in 2011, Defendants have infringed Plaintiff's rights to the Copyright Registration in the Copyrighted Work by selling the Infringing Product in its infringing product packaging and/or placing upon the market in this district and elsewhere infringing product packaging which contains materials that were copied from the Copyrighted Work and which are substantially similar to the Copyrighted Work or portions of the Copyrighted Work.

30.     On information and belief, Defendants have and continues to place the

6

Infringing Product Packaging as part of its sales of the Infringing Product in the public, and such acts constitute infringement of the Copyright Registration.

31.     By reason of the foregoing, Plaintiff has been injured in an amount not yet ascertained.

32.     Unless enjoined by this Court, as requested below, Defendants will continue their infringing acts of infringement, and Plaintiff will suffer irreparable injury and has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

(1)     for Judgment that Defendants, their officers, agents, servants, employees, representatives, attorneys and all persons acting in active concert or participation with it, be found to have infringed U.S. Patent No. 8,042,811 and U.S. Copyright Registration TX 7,288,366;

(2)     For an Order enjoining Defendants, their officers, agents, servants, employees, representatives, attorneys and all persons acting in active concert or participation with it from making, using, selling, or offering for sale products, services and/or product packaging which infringe U.S. Patent No. 8,042,811 and/or U.S. Copyright Registration TX 7,288,366;

(3)     For an Order enjoining and restraining Defendants, their officers, agents, servants, employees, representatives, attorneys and all persons acting in active concert or participation with it from inducing infringement of U.S. Patent No. 7,664,242 and/or U.S. Copyright Registration TX 7,288,366;

7

(4)    That Plaintiff be compensated for the damages caused by Defendants' infringement under 35 U.S.C. §284, in an amount to be precisely determined by an accounting, but not less than a reasonable royalty plus interest;

  a.   That the award of damages for this exceptional case be trebled as provided by 35 U.S.C. §284;

  b.   That Plaintiff be awarded its costs and attorneys fees incurred in prosecuting this action, including reasonably attorney's fees, as provided for by 35 U.S.C. §285, (plus interest); and

  c.   Such other and further relief as the court deems just and equitable.

(5)    That Plaintiff be awarded damages in the amount of all profits of Defendants resulting from the infringement of U.S. Copyright Registration TX 7,288,366, and/or from Defendants's unjust enrichment as set forth herein or in the alternative at Plaintiff's election, awarding statutory damages, provided by 17 U.S.C. §504(c) in an amount to be set by the Court, among other relief;

  a.   That Plaintiff be awarded its costs and attorneys fees incurred in prosecuting this action, including reasonable attorney's fees, as provided for by 17 U.S.C. §505, (plus interest); and

  b.   Such other and further relief as the court deems just and equitable

(6)    Ordering Defendants to turn over to the Court or to Plaintiff or to destroy within ten (10) days from the entry of any Final Judgment or Preliminary Decree entered in this action, all property owned by Defendants which unlawfully violates U.S. Patent No. 7,664,242 and/or U.S. Copyright Registration TX 7,288,366, all molds and models owned by Defendants used to create said Infringing Product and/or Infringing Product

Packaging, any infringing product literature owned by Defendants, and all other works owned by Defendants that infringe U.S. Patent No. 7,664,242 and/or U.S. Copyright Registration TX 7,288,366, including an award of costs incurred by Plaintiff for the destruction of said articles and product packaging.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated:  November 21, 2011

LEVISOHN BERGER LLP
By:

Peter L. Berger (PB-0121)
Tuvia Rotberg (TR-8787)
Jonathan Berger (JB-6448)
11 Broadway, Suite 615
New York, New York 10004
Telephone (212) 486-7272
Facsimile (212) 486-0323
Email:  pberger@llbl.com
        trotberg@llbl.com
        jberger@llbl.com

Attorneys for Plaintiff
CTA Digital Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CTA DIGITAL INC. ) | |
| ) | F.R.C.P. RULE 7 |
| Plaintiff, ) | STATEMENT |
| ) | |
| v. ) | |
| ) | |
| SAKAR INTERNATIONAL, INC. ) | |
| And JOHN DOES 2-30 ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION PURSUANT TO F.R.C.P. 7.1

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the

undersigned counsel for CTA DIGITAL INC. (a private nongovernmental party) certifies

that there are no corporate parents, affiliates and/or subsidiaries of said party, which are

publicly held.

Dated: November 21, 2011

LEVISOHN BERGER LLP
By:

Peter L. Berger (PB-0121)
Tuvia Rotberg (TR-8787)
Jonathan Berger (JB-6448)
11 Broadway, Suite 615
New York, New York 10004
Telephone (212) 486-7272
Facsimile (212) 486-0323
Email: pberger@llbl.com
      trotberg@llbl.com
      jberger@llbl.com

Attorneys for Plaintiff
CTA Digital Inc.

1

# <u>Exhibit 1</u>

Sakar



View Cart | My Account | Contact Us

Search: | Keyword or Part # |

Advanced Search

**Browse by**

Support Center    Accessory Finder    Where to Buy    Press Center    Contact Us    About Us

**Licenses**

Apple iPod Accessories

**Categories**

AA & AAA Battery Chargers
Binoculars
Camera Accessory Kits
Camera Adapter Rings & Tubes
Camera Bags & Cases
Camera Batteries & Chargers
Camera Filters
Camera Flashes
Camera Lenses
Card Readers
Computer Cables
Computers
Digital Cameras & Web Cams
Digital Music (MP3) Players
Digital Photo Frames
Digital Video / Camcorders
DVD Accessories
Emergency Gear
Flat Panel TV Accessories
GPS Accessories
Handheld Games
Housewares

**Brands**

**What's Hot:**

**Latest News:**

**Careers At Sakar**

5/10/2010

**International Operations Analyst**

Consumer electronics manufacturing company in NJ seeks international operations analyst to handle U.S. and overseas operations and various accounts. Use ERP system to analyze and coordinate company operation activities, performance data ...

More Info >>



A leader in technology & customer service.

**The Latest Technology**

**Our Licenses**

**The Hottest Products**

**A Leader in Customer Service**

**3 in 1 sports kit for wii**



Includes tennis
racket baseball
bat & golf club
removable remote
holder compatible
with wii

motionplus(tm)

More Info >>

**Leap Frog Camera 2.1 MP**



Leap Frog digital camera for kids!

More Info >>

Sakar

Stay informed about what's new.




Sign Up Today

Support Center



Vivitar

...we make it easy.

**SHARE**

New Crayola Kids' Cameras &
Scrapbooking Kit 'Snapped' by Sakar





3/1/2010

**Includes 5.1 & 2.1 MP Cameras with Fun
Activity Software**

NEW ...

More Info >>

More Info >>

Return Policy | Shipping Information | Order Status | Rebates | Drivers | Manuals | Warranty Info | FAQ
Terms & Conditions | Become A Reseller | About Us | Privacy Policy | Contact Us | Distributors

Copyright © 2011 Sakar, Inc.



View Cart | My Account | Contact Us

Search: Keyword or Part # ▾

Advanced Search

Support Center | Accessory Finder | Where To Buy | Press Center | Contact Us | About Us

## Browse By

### Licenses

### Categories

**Where To Buy**

AA & AAA Battery Chargers

Apple iPod Accessories

AV Accessories

Binoculars

Camera Accessory Kits

Camera Adapter Rings & Tubes

Camera Bags & Cases

Camera Batteries & Chargers

Camera Filters

Camera Flashes

Camera Lenses

Card Readers

Computer Cables

Computers

Digital Cameras & Web Cams

Digital Music (MP3) Players

Digital Photo Frames

Digital Video / Camcorders

DVD Accessories

Emergency Gear

Flat Panel TV Accessories

GPS Accessories

Handheld Games

Housewares

### Brands

BED BATH & BEYOND

JCPenney




Kmart.


OfficeMax

Office DEPOT. What you need. What you need to know.


PHOTO · VIDEO · PRO AUDIO




Circuit City


KOHLS.com
expect great things


micro center

fr eLECTRONICS

QVC




RadioShack.
Do Stuff

Sakar

Stay informed about what's new:







TARGET.





**WAL*MART®**

...and many other
fine retailers near
you!





**Sears**

**STAPLES**



"All of the products may not be sold at all of the 20 retailers. please contact us for further
details.â€

Return Policy | Shipping Information | Order Status | Rebates | Drivers | Manuals | Warranty Info | FAQ
Terms & Conditions | Become A Reseller | About Us | Privacy Policy | Contact Us | Distributors

Copyright © 2011 Sakar, Inc.

# **Exhibit 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-288-366

**Effective date of
registration:**

July 21, 2010

## Title

**Title of Work:** sell sheet

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 7, 2010 **Nation of 1st Publication:** United States

## Author

■ **Author:** CTA Digital, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CTA Digital, Inc.

49 South Second St., Brooklyn, NY, 11211, United States

## Certification

**Name:** Tuvia Rotberg

**Date:** July 21, 2010

**Applicant's Tracking Number:** 1792

# CTA INFLATABLE CAR



**Wi-CAR**


for Wii





7in

12in

28in

45in

Car measures 45 inches by 28 inches.

Whether drifting around corners, road racing or just speeding through your favorite racing game, you can now maneuver your way through obstacles with precision with the inflatable F-1 Sports Kart from CTA Digital. This inflatable car is designed in the style of a sports car to give you the feeling of being behind the wheel. Connected to the inflatable car dashboard is a hard plastic steering wheel that holds your Wii Remote by simply placing the remote in the middle of the wheel (with or without MotionPlus connected). This soft and comfortable seat is easy to setup, just pullout and pop open the air valves around the car and inflate with the included plastic foot pump. So hop in your kart and go!

**Features include:**
• Soft and comfortable seat
• WiiMotionPlus Compatible
• Supports up to 220 lbs.
• Steering wheel houses Wii remote
• Includes foot pump for easy inflation
• Essential for Mario Kart for Wii

**Package includes:**
(1) Inflatable balloon car
(1) Plastic foot pump
(1) Plastic steering wheel cradle
for Wii remote (connected to inflatable car)

**Compatible with the following Wii racing games:**
• Mario Kart Wii
• Sonic & Sega All-Stars Racing
• F1 2009
• Dirt 2
• MySims Racing
• Exite Truck
• GT Pro Series
• Need for Speed: Carbon
• Need for Speed: Nitro
• Need for Speed: Pro Street
• Need for Speed: Undercover
• Donkey Kong: Barrel Blast
• ExciteBots: Trick Racing
• Cruis'n
*and any other Wii Racing game that requires a Wii Remote to steer*

| | Quantity | Height | Depth | Length | Weight | UPC Barcode |
|---|---|---|---|---|---|---|
| Packaging | 1 | 10.6 in | 5.5 in | 14.1 in | 4 lbs | 656777010652 |
| Master | 6 | 17.7 in | 15 in | 22.2 in | 28.5 lbs | 10656777010659 |


CTA Digital, Inc. 49 South Second Street, Brooklyn, New York 11211
Tel: (718) 963-9845 | Toll Free (888) 733-4443 | Fax: (718) 384-8509
www.ctadigital.com

# Exhibit 3





# Exhibit 4







# Exhibit 5

